UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 19-20164-JAD |
| ) | |
| ERIC J. BRUTOUT ) | |
| HEATHER L. BRUTOUT ) | CHAPTER 13 |
| ) | |
| DEBTORS ) | RELATED TO CLAIM NO. 10 |
| ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION ) | |
| As TRUSTEE FOR GIFM HOLDINGS TRUST ) | |
| ) | |
| MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| ERIC J. BRUTOUT ) | |
| HEATHER L. BRUTOUT ) | |
| RONDA J. WINNECOUR, ESQ. TRUSEE ) | |
| RESPONDENT | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Plan dated a January 31, 2020 is adequately funded for the change in the mortgage payment to U.S. Bank Trust to the amount of $856.78 effective with the April 2021 payment without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan. Therefore, no amended Plan is necessary and/or objection to the notice is required.

April 9, 2021    /s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW, P.C.
908 22ND St.
Aliquippa, PA 15001
724-770-1040
ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 19-20164-JAD |
| ERIC J. BRUTOUT | |
| HEATHER L. BRUTOUT | CHAPTER 13 |
| DEBTORS | RELATED TO CLAIM NO. 10 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | |
| As TRUSTEE FOR GIFM HOLDINGS TRUST | |
| MOVANT | |
| VS. | |
| ERIC J. BRUTOUT | |
| HEATHER L. BRUTOUT | |
| RONDA J. WINNECOUR, ESQ. TRUSEE | |
| RESPONDENT | |

**CERTIFICATION OF SERVICE**

I, Edgardo D. Santillan, Esquire of SANTILLAN LAW, P.C., 908 22ND St., Aliquippa, PA 15001 certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 9th day of April 2021, **I SERVED A COPY OF THE DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE UPON THE FOLLOWING:**

Office of the U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Ave
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Bank Trust National Assoicaion
c/o Brian C. Nicholas
KML Law Group
701 Market St. Suite 5000
Philadelphia, PA 19106
**Via First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON April 9, 2021

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW, P.C.
908 22ND St.
Aliquippa, PA 15001
724-770-1040
ed@santillanlaw.com