**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:   CASE NO.: 19-20164-JAD
   CHAPTER 13

    Eric J Brutout,
        Debtor,

    Heather L Brutout,
        Joint Debtor.

_____/

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association<br>Name of Transferee | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South<br>Attn: BK Dept<br>Houston TX 77042 | Court Claim # (if known): 10-1<br>Amount of Claim: $165,444.53<br>Date Claim Filed: 2/21/2019 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 4803 | Phone: (312) 291-3781<br>Last Four Digits of Acct #: 9043 |
| Name and Address where Transferee payments should be sent (if different from above):<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South Attn: BK Dept<br>Houston TX 77042 | |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 4803 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab, Esq.   Date: 01/10/2022
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

22-000678 - RiM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ERIC J BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON, PA 15066

HEATHER L BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON, PA 15066

And via electronic mail to:

SANTILLAN LAW, PC
908 22ND ST.
ALIQUIPPA, PA 15001

SANTILLAN LAW, PC
908 22ND ST.
ALIQUIPPA, PA 15001

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER. 1001 LIBERTY AVENUE,
SUITE 970
PITTSBURGH, PA 15222

By: /s/ Ranesha Straker

22-000678 - RiM