# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

11/22/2023

IN RE:

ERIC J BRUTOUT
HEATHER L BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON,  PA  15066
XXX-XX-8880          Debtor(s)

XXX-XX-9619

Case No.19-20164 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/22/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

Case 19-20164-JAD    Doc 115    Filed 11/22/23    Entered 11/22/23 13:12:44    Desc
Page 3 of 7

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  EXETER FNC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCALLA RAYMER  ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA  30076-2102 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FAY SERVICING/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:12-2<br>CLAIM:  0.00<br>COMMENT:  SURR/PL*AMD CL=0*W/49*FR EXETER-DOC 85 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8148 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:5   INT %:  5.50%<br>Court Claim Number:13<br>CLAIM:  19,515.96<br>COMMENT:  $/CL-PL@5.5%/PL*FR EXETER-DOC 90 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0985 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX  75019 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT44PMT-LMT*BGN 2/19*FR WILMINGTON/FAY-DOC 63*FR US BANK/S | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4803 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7   INT %:  6.00%<br>Court Claim Number:8-4<br>CLAIM:  8,327.55<br>COMMENT:  CL8-4GOV*$@6%/CL-PL*77.33MO*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  8880 |
| **BUREAU ACCOUNT MANAGEMENT**<br>3607 ROSEMONT<br>CAMP HILL, PA  17011 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PHYSICAL THERAPY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8715 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  203.52<br>COMMENT:  2475/SCH*HERITAGE VALLEY BEAVER | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4328 |
| **CAPIO PARTNERS LLC**<br>2222 TEXOMA PKWY STE 150<br>SHERMAN, TX  75090 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~HERITAGE VLLY BVR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2476 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 80.01<br>COMMENT: 2477/SCH*HERITAGE VALLEY BEAVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2113 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~VCTR SCRT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2327 |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9862 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 602.21<br>COMMENT: 21N1/SCH*HERITAGE VALLEY BEAVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3624 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 198.81<br>COMMENT: 62N1/SCH*HERITAGE VALLEY BEAVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1293 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 148.41<br>COMMENT: 00N1/SCH*HERITAGE VALLEY BEAVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0927 |
| **QUANTUM3 GROUP LLC AGNT - CF MEDICAL LL**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 74.42<br>COMMENT: 62N1/SCH*HERITAGE VALLEY BEAVER | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6282 |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2599 |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0261 |
| **ELEMENTS BEHAVIORAL HEALTH**<br>5000 AIRPORT PLAZA DR<br>LONG BEACH, CA 90815 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **GREATER PITTSBURGH ORTHOPEDICS**<br>5820 CENTRE AVE<br>PITTSBURGH, PA 15206 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5560 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SRGRY AT EDGEWOOD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 8-4 | CLAIM: 11,319.07<br>COMMENT: CL8-4GOV*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8880 |
| **JAMIES PHYSICAL THERAPY**<br>2236 3RD AVE<br>NEW BRIGHTON, PA 15066 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6336 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~JASON RODRIQUEZ MD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0971 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HVHS MDCL CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3025 |
| **NATIONAL HOSPITAL COLLECTIONS*++**<br>16 DISTRIBUTOR DRIVE<br>STE 2<br>MORGANTOWN, WV 26501 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HERITAGE VLLY BVR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5202 |
| **NEW ALLIANCE FCU**<br>835 MERCHANT ST<br>AMBRIDGE, PA 15003 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7883 |
| **NEW ALLIANCE FCU**<br>835 MERCHANT ST<br>AMBRIDGE, PA 15003 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0005 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 9-2 | CLAIM: 2,261.12<br>COMMENT: $/STIP OE*DFNCY BAL*AMD CL=5513.47*W/39*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9511 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: |
| **QUEST DIAGNOSTIC VENTURE LLC** <br> PO BOX 740717 <br> CINCINNATI, OH 45274 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4281 | CLAIM: 0.00 <br> COMMENT: |
| **RECEIVABLES PERFORMANCE MANAGEMENT+** <br> 20816 44TH AVE W <br> LYNNWOOD, WA 98036 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: |
| **US DEPARTMENT OF EDUCATION** <br> NATIONAL PAYMENT CENTER <br> PO BOX 790336 <br> ST LOUIS, MO 63179-0336 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9619 | CLAIM: 3,961.41 <br> COMMENT: 3198/SCH*GU BAR TIMELY |
| **US DEPARTMENT OF EDUCATION**** <br> C/O ECMC(*) <br> LOCK BOX 8682 <br> PO BOX 16478 <br> ST PAUL, MN 55116-0478 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3194 | CLAIM: 0.00 <br> COMMENT: |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> PO BOX 790321 <br> ST LOUIS, MO 63197-0321 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9619 | CLAIM: 68,564.87 <br> COMMENT: 7581/SCH*GU BAR TIMELY |
| **ENHANCED RECOVERY COMPANY** <br> 8014 BAYBERRY RD <br> JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH |
| **WELTMAN WEINBERG & REIS CO LPA** <br> 2500 KOPPERS BUILDING <br> 436 SEVENTH AVE <br> PITTSBURGH, PA 15219-1842 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: | CLAIM: 0.00 <br> COMMENT: |
| **ONE MAIN FINANCIAL GROUP LLC(*)** <br> PO BOX 3251 <br> EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: 9-2 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 9511 | CLAIM: 0.00 <br> COMMENT: RS/MDF DOE*AMD CL=$0*NT PROV/PL*NO SEC/SCH*W/30*DK |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8880 | CLAIM: 15.00 <br> COMMENT: CL7GOV |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 320.95<br>COMMENT: CL7GOV\*NT/PL\*NO PRI/SCH | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8880 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:8-4<br>CLAIM: 14,890.83<br>COMMENT: 8880/9619\*CL8-4GOV\*NT PROV/AMD PL\*NO PRI/SCH\*EST\*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8880 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX 75019 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 23,059.73<br>COMMENT: $/CL-PL\*THRU 1/19\*FR WILMINGTON/FAY-DOC 63\*FR US BANK/SPS-DOC 110 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4803 |
| **SPRINT CORP\*\***<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Trustee Claim Number:44  INT %: 6.00%<br>Court Claim Number:11<br>CLAIM: 2,227.97<br>COMMENT: 7991/SCH\*STMT THRU 1/25/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9464 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,583.99<br>COMMENT: NT/SCH\*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7083 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 5,024.26<br>COMMENT: NT/SCH\*OSI/COLUMBUS/COMPUCREDIT\*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9832 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 607.90<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8431 |
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA**<br>13010 MORRIS RD SUITE 450<br>ALPHARETTA, GA 30004 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON~CHRISTIANA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:12-2<br>CLAIM: 11,652.70<br>COMMENT: DFNCY BAL\*AMD\*W/4\*FR EXETER-DOC 85 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8148 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |