UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 19-20164-JAD |
| ERIC J. BRUTOUT | ) | |
| HEATHER L. BRUTOUT | ) | |
|     Debtor | ) | Chapter 13 |
| ********************************** | ) | |
| EDGARDO D. SANTILLAN | ) | Document No. |
|     Movant, | ) | |
|   vs. | ) | Hearing Date: 6/25/24 @ 10:00 am |
| NO RESPONDENT | ) | Response Date: 6/3/24 |

## CERTIFICATION OF NO OBJECTION REGARDING
### Fee Application of *Edgardo D. Santillan*

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Fee Application of Edgardo D. Santillan on May 22, 2024 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Fee Application appears thereon.

Pursuant to the Notice of Hearing, objections to the Fee Application of Edgardo D. Santillan be filed and received no later than   June 3, 2024.

It is hereby respectfully requested that the Court enter an Order which APPROVES the Fee Application of Edgardo D. Santillan.


Dated: June 17, 2024                    **/s/ Edgardo D. Santillán**
                                                 Edgardo D. Santillán, Esquire
                                                 PA ID# 60030
                                                 SANTILLÁN LAW, P.C.
                                                 908 22nd St.
                                                 Aliquippa, PA 15001
                                                 724-770-1040
                                                 ed@santillanlaw.com