**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  ERIC J BRUTOUT
HEATHER L BRUTOUT
        Debtor(s)
 Ronda J. Winnecour, Trustee
  Movant
    vs.
 ERIC J BRUTOUT
HEATHER L BRUTOUT

      Respondents

Case No.19-20164JAD

Chapter 13

Related to
Document No.____142____

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ____17th____ day of __July__ , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Libertas Copper Llc
Attn: Payroll Manager
100 Washington St
Leetsdale,PA 15056

is hereby ordered to immediately terminate the attachment of the wages of ERIC J BRUTOUT, social security number

XXX-XX-8880.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ERIC J BRUTOUT.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
   Debtor(s) Attorney

FILED
7/17/24 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20164-JAD |
| Eric J Brutout | Chapter 13 |
| Heather L Brutout | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

**Recip ID            Recipient Name and Address**
db/jdb                + Eric J Brutout, Heather L Brutout, 4504 38th Avenue, New Brighton, PA 15066-2846

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

**Name                                  Email Address**

Charles Griffin Wohlrab
                                        on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Charles Griffin Wohlrab
                                        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise Carlon
                                        on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com

Denise Carlon
                                        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com

Edgardo D Santillan
                                        on behalf of Joint Debtor Heather L Brutout ed@santillanlaw.com
                                        edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@g

District/off: 0315-2                                    User: auto                                          Page 2 of 2

Date Rcvd: Jul 17, 2024                              Form ID: pdf900                                   Total Noticed: 1

                                                    mail.com,r53999@notify.bestcase.com

Edgardo D Santillan
                                                    on behalf of Debtor Eric J Brutout ed@santillanlaw.com
edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@g
mail.com,r53999@notify.bestcase.com

Jill Locnikar
                                                    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
                                                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
                                                    on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust mmiksich@kmllawgroup.com

Michelle L. McGowan
                                                    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

Office of the United States Trustee
                                                    ustpregion03.pi.ecf@usdoj.gov

Peter E. Meltzer
                                                    on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com  ibernatski@wglaw.com

Ronda J. Winnecour
                                                    cmecf@chapter13trusteewdpa.com

TOTAL: 13