IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 19-20164-JAD |
| ERIC J. BRUTOUT ) | |
| HEATHER L. BRUTOUT ) | Chapter 13 |
| ) | |
| Debtors ) | |
| _____ ) | Doc. No. |
| ERIC J. BRUTOUT ) | |
| HEATHER L. BRUTOUT ) | |
| MOVANTS ) | |
| VS ) | |
| ) | |
| RONDA WINNECOUR, TRUSTEE ) | |
| ) | |
| RESPONDENT ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan. Final payment was made on 7/8/24.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligation(s).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 5, 2019 at Docket Numbers 20 & 21, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated July 28, 2024                /s/ Edgardo D. Santillan
                                                   Edgardo D. Santillan Esquire
                                                   PA ID No. 60030
                                                   SANTILLAN LAW, P.C.
                                                   908 22nd St.
                                                   Aliquippa, PA 15001
                                                   724-770-1040
                                                   ed@santillanlaw.com

**PAWB Local Form 24 (07/13)**