**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Eric J Brutout**
**Heather L Brutout**
  Debtor(s)

Bankruptcy Case No.: 19−20164−JAD

Chapter: 13
Docket No.: 147 − 146

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of July, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/17/24 at 10:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/9/24.**

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20164-JAD
Eric J Brutout  Chapter 13
Heather L Brutout
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Jul 26, 2024      Form ID: 408v      Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric J Brutout, Heather L Brutout, 4504 38th Avenue, New Brighton, PA 15066-2846 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14977987 | + | Elements Behavioral Health, 5000 Airport Plaza Drive, Suite 100, Long Beach, CA 90815-1273 |
| 14977991 | | Greater Pittsburgh Orthopaedic, PO Box 3485, Pittsburgh, PA 15230-3485 |
| 14977994 | + | Jamies Physical Therapy and Sports Medic, 2284 Brodhead Road, Aliquippa, PA 15001-4685 |
| 14977997 | + | Natl Hosp Collections, Attn: Bankruptcy, 16 Distributor Dr., Ste 2, Morgantown, WV 26501-7209 |
| 14977998 | + | New Alliance Fcu, 835 Merchant St, Ambridge, PA 15003-2398 |
| 14978000 | | PA Dept of Revenue, 280408 Strawberry Sq, Harrisburg, PA 17101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 26 2024 23:46:06 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 26 2024 23:39:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: cbp@omf.com | Jul 26 2024 23:46:46 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 26 2024 23:40:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkteam@selenefinance.com | Jul 26 2024 23:39:00 | U.S. Bank Trust National Association, 9990 Richmond Ave. Suite 400, Suite 400, Houston, TX 77042-4546 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 26 2024 23:39:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14977980 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 26 2024 23:39:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14977981 | + | Email/Text: bnc-capio@quantum3group.com | Jul 26 2024 23:40:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14977982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 23:39:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14977983 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2024 23:39:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14977984 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 26 2024 23:39:00 | Commonwealth Financial Systems, Attn: |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14977985 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 26 2024 23:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14977986 | | Email/Text: Bankruptcy.Consumer@dish.com | Jul 26 2024 23:39:00 | Dish Network, Dept. 0063, Palatine, IL 60055-0063 |
| 15016244 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 26 2024 23:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14977988 | | Email/Text: bknotice@ercbpo.com | Jul 26 2024 23:40:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14977989 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 26 2024 23:46:10 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 15008544 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 27 2024 00:09:10 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15167817 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jul 26 2024 23:47:46 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 14977990 | | Email/Text: ECF@fayservicing.com | Jul 26 2024 23:39:00 | Fay Servicing Llc, Attn: Bankruptcy, 440 S Lasalle St Suite 2000, Chicago, IL 60605 |
| 14977992 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 26 2024 23:39:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14977993 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2024 23:39:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15343610 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2024 23:40:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14977995 | + | Email/Text: bankruptcies@penncredit.com | Jul 26 2024 23:39:00 | Jason Rodriguez, MD, c/o Penn Credit Corp, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15314441 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:47:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15015145 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2024 23:58:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977996 | + | Email/Text: Bankruptcies@nragroup.com | Jul 26 2024 23:40:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14996314 | + | Email/PDF: cbp@omf.com | Jul 26 2024 23:58:41 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14977999 | + | Email/PDF: cbp@omf.com | Jul 26 2024 23:46:02 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15012588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2024 23:47:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14984912 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14983055 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2024 23:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978001 | | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 26 2024 23:40:00 | Quest Diagnostics, PO Box 740777, Cincinnati, OH 45274-0777 |
| 14978002 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 26 2024 23:40:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15003597 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jul 26 2024 23:47:45 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207-0949 |
| 15474677 | + | Email/Text: bkteam@selenefinance.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 26 2024 23:39:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston, TX 77042-4546 |
| 15445433 | + | Email/Text: bkteam@selenefinance.com | Jul 26 2024 23:39:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 15191345 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 26 2024 23:40:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14978003 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 26 2024 23:39:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15031965 | | Email/Text: electronicbkydocs@nelnet.net | Jul 26 2024 23:40:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15075064 | | Email/Text: EDBKNotices@ecmc.org | Jul 26 2024 23:39:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14978004 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 26 2024 23:40:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14978005 | + | Email/Text: pitbk@weltman.com | Jul 26 2024 23:39:00 | Weltman, Weinberg & Reis, 2718 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |
| 14997497 | | Email/Text: ECF@fayservicing.com | Jul 26 2024 23:39:00 | Wilmington Savings Fund Society, FSB, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2024 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jul 26, 2024 | Form ID: 408v | Total Noticed: 51

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Eric J Brutout ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Joint Debtor Heather L Brutout ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13