**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **ERIC J BRUTOUT** |
| Debtor 2 (Spouse, if filing) | **HEATHER L BRUTOUT** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **19-20164JAD** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** US BANK TRUST NA - OWNER TRUSTEE ET

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 4 8 0 3

**Property Address:** 4504 38TH AVE
NEW BRIGHTON PA 15066

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 23,059.73 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 23,059.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 23,059.73 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment $ $890.39
  The next postpetition payment is due on 8 / 1 / 2024
                                         MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **ERIC J BRUTOUT** | Case number *(if known)* | **19-20164JAD** |
|---|---|---|---|
| | Name | | |

**Part 4:    A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour                                    Date   08/05/2024
Signature

Trustee       Ronda J. Winnecour

Address       CHAPTER 13 TRUSTEE WD PA
              600 GRANT STREET
              SUITE 3250 US STEEL TWR
              PITTSBURGH, PA  15219

Contact phone  (412) 471-5566            Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | ERIC J BRUTOUT | | Case number *(if known)* 19-20164JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 06/26/2020 | 1164766 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 196.71 |
| 07/29/2020 | 1167850 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 554.91 |
| 08/25/2020 | 1170923 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 635.41 |
| 09/28/2020 | 1174036 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 634.56 |
| 10/26/2020 | 1177106 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 645.20 |
| 11/24/2020 | 1180160 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 655.82 |
| 12/21/2020 | 1183079 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 654.93 |
| 01/25/2021 | 1186099 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 2,183.13 |
| 01/26/2022 | 1223750 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 451.24 |
| 03/25/2022 | 1229606 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 572.51 |
| 04/26/2022 | 1232626 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 693.02 |
| 05/25/2022 | 1235665 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 692.06 |
| 05/26/2022 | | US BANK TRUST NA - OWNER TRUSTEE E | CREDITOR REFUND/PRINCIPLE | -572.51 |
| 06/27/2022 | 1238690 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 1,263.61 |
| 07/26/2022 | 1241619 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 690.14 |
| 08/24/2022 | 1244482 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 1,475.53 |
| 09/27/2022 | 1247374 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 688.22 |
| 10/25/2022 | 1250156 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 671.10 |
| 11/23/2022 | 1252964 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 139.34 |
| 12/22/2022 | 1255692 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 653.10 |
| 01/26/2023 | 1258416 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 652.18 |
| 02/23/2023 | 1260981 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 651.25 |
| 03/28/2023 | 1263793 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 1,277.31 |
| 04/25/2023 | 1266587 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 649.38 |
| 05/25/2023 | 1269470 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 648.45 |
| 06/26/2023 | 1272358 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 629.94 |
| 07/25/2023 | 1275093 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 629.03 |
| 08/25/2023 | 1277896 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 628.11 |
| 09/26/2023 | 1280602 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 1,374.41 |
| 10/25/2023 | 1283303 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 626.28 |
| 11/27/2023 | 1285988 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 625.36 |
| 12/21/2023 | 1288553 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 710.84 |
| 07/25/2024 | 1307078 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 379.16 |
| | | | | **23,059.73** |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/26/2019 | 1117400 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,150.94 |
| 05/24/2019 | 1120790 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 799.94 |
| 06/25/2019 | 1124182 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 817.28 |
| 07/29/2019 | 1127658 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 837.24 |
| 08/27/2019 | 1131139 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 903.50 |
| 09/24/2019 | 1134360 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 960.16 |
| 10/24/2019 | 1137781 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,407.18 |
| 11/25/2019 | 1141252 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 520.25 |
| 12/23/2019 | 1144623 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,068.12 |
| 01/28/2020 | 1148101 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,807.86 |
| 02/25/2020 | 1151338 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,292.52 |
| 03/23/2020 | 1154815 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 934.96 |
| 04/27/2020 | 1158277 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 05/26/2020 | 1161606 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 06/26/2020 | 1164766 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 07/29/2020 | 1167850 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 08/25/2020 | 1170923 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 09/28/2020 | 1174036 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 10/26/2020 | 1177106 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 11/24/2020 | 1180160 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 12/21/2020 | 1183079 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 01/25/2021 | 1186099 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 833.33 |
| 04/26/2021 | 1195769 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 731.37 |
| 08/26/2021 | 1208422 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,823.18 |
| 09/24/2021 | 1211528 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,547.64 |
| 10/25/2021 | 1214583 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,518.03 |
| 11/22/2021 | 1217611 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,518.60 |

| Debtor 1 | **ERIC J BRUTOUT** | Case number *(if known)* | **19-20164JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 12/23/2021 | 1220702 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,519.73 |
| 01/26/2022 | 1223750 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,599.36 |
| 03/25/2022 | 1229606 | US BANK TRUST NA - TRUSTEE ET AL | AMOUNTS DISBURSED TO CREDITOR | 1,713.56 |
| 04/26/2022 | 1232626 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 05/25/2022 | 1235665 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 05/26/2022 | | US BANK TRUST NA - OWNER TRUSTEE E | CONTINUING DEBT REFUND | -1,713.56 |
| 06/27/2022 | 1238690 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 2,570.34 |
| 07/26/2022 | 1241619 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 08/24/2022 | 1244482 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 09/27/2022 | 1247374 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 10/25/2022 | 1250156 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 11/23/2022 | 1252964 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 12/22/2022 | 1255692 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 01/26/2023 | 1258416 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 02/23/2023 | 1260981 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 03/28/2023 | 1263793 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 04/25/2023 | 1266587 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 05/25/2023 | 1269470 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 06/26/2023 | 1272358 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 07/25/2023 | 1275093 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 08/25/2023 | 1277896 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 09/26/2023 | 1280602 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 10/25/2023 | 1283303 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 11/27/2023 | 1285988 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 856.78 |
| 12/21/2023 | 1288553 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 952.48 |
| 03/26/2024 | 1296574 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 94.00 |
| 07/25/2024 | 1307078 | US BANK TRUST NA - OWNER TRUSTEE E | AMOUNTS DISBURSED TO CREDITOR | 5,160.04 |
| | | | | 56,146.84 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

ERIC J BRUTOUT
HEATHER L BRUTOUT
4504 38TH AVENUE
NEW BRIGHTON, PA  15066

EDGARDO D SANTILLAN ESQ**
SANTILLAN LAW FIRM PC
908 22ND ST
ALIQUIPPA, PA  15001

US BANK TRUST NA - OWNER TRUSTEE ET AL
C/O SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD STE 500
DALLAS, TX  75019

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC
130 CLINTON RD #202
FAIRFIELD, NJ  07004


8/5/24                                                          /s/ Roberta Saunier
                                                                Administrative Assistant
                                                                Office of the Chapter 13 Trustee