IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
ERIC J BRUTOUT
HEATHER L BRUTOUT
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20164 JAD

Chapter 13

Related to Document No.: 146

ORDER OF COURT

AND NOW, this \_\_\_11th\_\_\_ day of \_\_September\_\_, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/11/24 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20164-JAD

Eric J Brutout  Chapter 13

Heather L Brutout

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: Sep 11, 2024  Form ID: pdf900  Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric J Brutout, Heather L Brutout, 4504 38th Avenue, New Brighton, PA 15066-2846 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14977987 | + | Elements Behavioral Health, 5000 Airport Plaza Drive, Suite 100, Long Beach, CA 90815-1273 |
| 14977991 | | Greater Pittsburgh Orthopaedic, PO Box 3485, Pittsburgh, PA 15230-3485 |
| 14977994 | + | Jamies Physical Therapy and Sports Medic, 2284 Brodhead Road, Aliquippa, PA 15001-4685 |
| 14977997 | + | Natl Hosp Collections, Attn: Bankruptcy, 16 Distributor Dr., Ste 2, Morgantown, WV 26501-7209 |
| 14977998 | + | New Alliance Fcu, 835 Merchant St, Ambridge, PA 15003-2398 |
| 14978000 | | PA Dept of Revenue, 280408 Strawberry Sq, Harrisburg, PA 17101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 12 2024 00:17:34 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2024 23:57:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/PDF: cbp@omf.com | Sep 12 2024 00:04:18 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2024 23:59:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/Text: bkteam@selenefinance.com | Sep 11 2024 23:57:00 | U.S. Bank Trust National Association, 9990 Richmond Ave. Suite 400, Suite 400, Houston, TX 77042-4546 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 11 2024 23:57:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14977980 | + | Email/Text: Bankruptcy@BAMcollections.com | Sep 11 2024 23:58:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14977981 | + | Email/Text: bnc-capio@quantum3group.com | Sep 11 2024 23:58:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 14977982 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 23:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14977983 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 11 2024 23:58:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14977984 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 11 2024 23:57:00 | Commonwealth Financial Systems, Attn: |

Case 19-20164-JAD    Doc 158    Filed 09/13/24    Entered 09/14/24 00:30:47    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14977985 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 11 2024 23:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14977986 | | Email/Text: Bankruptcy.Consumer@dish.com | Sep 11 2024 23:57:00 | Dish Network, Dept. 0063, Palatine, IL 60055-0063 |
| 15016244 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 11 2024 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14977988 | | Email/Text: bknotice@ercbpo.com | Sep 11 2024 23:58:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14977989 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 12 2024 00:04:57 | Exeter Finance Corp, Po Box 166008, Irving, TX 75016-6008 |
| 15008544 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 12 2024 00:19:42 | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 15167817 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 12 2024 00:04:57 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 14977990 | | Email/Text: ECF@fayservicing.com | Sep 11 2024 23:57:00 | Fay Servicing Llc, Attn: Bankruptcy, 440 S Lasalle St Suite 2000, Chicago, IL 60605 |
| 14977992 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 11 2024 23:57:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14977993 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15343610 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2024 23:58:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14977995 | + | Email/Text: bankruptcies@penncredit.com | Sep 11 2024 23:57:00 | Jason Rodriguez, MD, c/o Penn Credit Corp, PO Box 69703, Harrisburg, PA 17106-9703 |
| 15314441 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 00:05:02 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15015145 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2024 00:04:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977996 | + | Email/Text: Bankruptcies@nragroup.com | Sep 11 2024 23:59:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14996314 | + | Email/PDF: cbp@omf.com | Sep 12 2024 00:04:02 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14977999 | + | Email/PDF: cbp@omf.com | Sep 12 2024 00:18:34 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 15012588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2024 00:04:06 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14984912 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14983055 | | Email/Text: bnc-quantum@quantum3group.com | Sep 11 2024 23:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14978001 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 11 2024 23:58:00 | Quest Diagnostics, PO Box 740777, Cincinnati, OH 45274-0777 |
| 14978002 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 11 2024 23:58:00 | Receivables Performance Mgmt, Attn: Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 15003597 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 12 2024 00:05:01 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS, 66207-0949 |
| 15474677 | + | Email/Text: bkteam@selenefinance.com | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 11 2024 23:57:00 | U.S. Bank Trust National Association, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston, TX 77042-4546 |
| 15445433 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2024 23:57:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 15191345 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2024 23:59:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14978003 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 11 2024 23:58:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15031965 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 11 2024 23:58:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 15075064 | | Email/Text: EDBKNotices@ecmc.org | Sep 11 2024 23:57:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14978004 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 11 2024 23:58:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14978005 | + | Email/Text: pitbk@weltman.com | Sep 11 2024 23:58:00 | Weltman, Weinberg & Reis, 2718 Koppers Building, 436 Seventh Avenue, Pittsburgh, PA 15219-1842 |
| 14997497 | | Email/Text: ECF@fayservicing.com | Sep 11 2024 23:57:00 | Wilmington Savings Fund Society, FSB, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association as Trustee fo |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 13, 2024            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf900 | Total Noticed: 51 |

**below:**

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust dcarlon@kmllawgroup.com |
| Edgardo D Santillan | on behalf of Debtor Eric J Brutout ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Joint Debtor Heather L Brutout ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust mmiksich@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter E. Meltzer | on behalf of Creditor OneMain Financial Group LLC bankruptcy@wglaw.com ibernatski@wglaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 13