**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ERIC J BRUTOUT<br>HEATHER L BRUTOUT<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:19-20164 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 01/13/2019  and confirmed on 03/11/2019 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 143,111.44 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 143,111.44 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,400.00 | |
|    Trustee Fee | 7,067.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,467.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE I<br>    Acct: 4803 | 0.00 | 56,146.84 | 0.00 | 56,146.84 |
|   US BANK TRUST NA - OWNER TRUSTEE I<br>    Acct: 4803 | 23,059.73 | 23,059.73 | 0.00 | 23,059.73 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 8880 | 8,327.55 | 8,327.55 | 2,502.79 | 10,830.34 |
|   LVNV FUNDING LLC<br>    Acct: 8148 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JEFFERSON CAPITAL SYSTEMS LLC*<br>    Acct: 0985 | 19,515.96 | 19,515.96 | 2,975.82 | 22,491.78 |
|   ONE MAIN FINANCIAL GROUP LLC(*)<br>    Acct: 9511 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 112,528.69 |
| Priority | | | | |
|   EDGARDO D SANTILLAN ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ERIC J BRUTOUT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| SANTILLAN LAW FIRM PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTILLAN LAW FIRM PC | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX0/20 | | | | |
| SANTILLAN LAW FIRM PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4/24 | | | | |
| PA DEPARTMENT OF REVENUE* | 320.95 | 320.95 | 0.00 | 320.95 |
| Acct: 8880 | | | | |
| INTERNAL REVENUE SERVICE* | 14,890.83 | 14,890.83 | 0.00 | 14,890.83 |
| Acct: 8880 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 593.09 | 593.09 | 0.00 | 593.09 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXION| | | | | |
| | | | | 15,804.87 |
| **Unsecured** | | | | |
| BUREAU ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8715 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 203.52 | 1.76 | 0.00 | 1.76 |
| Acct: 4328 | | | | |
| CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2476 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 80.01 | 0.69 | 0.00 | 0.69 |
| Acct: 2113 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2327 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9862 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 602.21 | 5.21 | 0.00 | 5.21 |
| Acct: 3624 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 198.81 | 1.72 | 0.00 | 1.72 |
| Acct: 1293 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 148.41 | 1.28 | 0.00 | 1.28 |
| Acct: 0927 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 74.42 | 0.64 | 0.00 | 0.64 |
| Acct: 6282 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2599 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0261 | | | | |
| ELEMENTS BEHAVIORAL ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREATER PITTSBURGH ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5560 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| INTERNAL REVENUE SERVICE* | 11,319.07 | 97.91 | 0.00 | 97.91 |
| Acct: 8880 | | | | |
| JAMIES PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6336 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0971 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3025 | | | | |
| NATIONAL HOSPITAL COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5202 | | | | |
| NEW ALLIANCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7883 | | | | |
| NEW ALLIANCE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0005 | | | | |

19-20164 JAD    **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 3 of 4

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 2,261.12 | 19.56 | 0.00 | 19.56 |
|     Acct: 9511 | | | | |
|   QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4281 | | | | |
|   US DEPARTMENT OF EDUCATION | 3,961.41 | 34.27 | 0.00 | 34.27 |
|     Acct: 9619 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3194 | | | | |
|   UNITED STATES DEPARTMENT OF EDUCA | 68,564.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 9619 | | | | |
|   PA DEPARTMENT OF REVENUE* | 15.00 | 0.13 | 0.00 | 0.13 |
|     Acct: 8880 | | | | |
|   SPRINT CORP** | 2,227.97 | 19.27 | 0.00 | 19.27 |
|     Acct: 9464 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 2,583.99 | 22.35 | 0.00 | 22.35 |
|     Acct: 7083 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9832 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 607.90 | 5.26 | 0.00 | 5.26 |
|     Acct: 8431 | | | | |
|   LVNV FUNDING LLC | 11,652.70 | 100.80 | 0.00 | 100.80 |
|     Acct: 8148 | | | | |
|   KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RECEIVABLES PERFORMANCE MANAGEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 310.85 |

TOTAL PAID TO CREDITORS                                                                    128,644.41

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 15,804.87 |
| SECURED | 50,903.24 |
| UNSECURED | 104.501.41 |

Date: 11/13/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com